■ CAMILLE WEISNER, Respondent, v. SIDNEY WEISNER, Appellant.— Order, entered on April 16, 1963, unanimously modified to the extent of reducing the counsel fee allowed to plaintiff in connection with the appeal and cross appeal to the sum of $250 and as so modified the order is affirmed, without costs. We consider the amount fixed at Special Term excessive in the circumstances. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.